IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AUTOPARTSOURCE LLC,                    )
                                       )
        Plaintiff,                     )
                                       )
        v.                             )        Civ. A. No. 3:13CV054
                                       )
STEPHEN C. BRUTON                      )
                                       )
and                                    )
                                       )
BBH SOURCE GROUP LLC,                  )
                                       )
        Defendants.                    )
_____)

## DECLARATION OF KEVIN W. CANTWELL
## IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

I, Kevin W. Cantwell, hereby declare and state the following:

1.      I am over twenty-one (21) years of age and am competent to testify in this matter.

Furthermore, I have personal knowledge of the matters about which I testify herein.  I am a

resident of the Commonwealth of Virginia.

2.      I am the Vice President of Forensics of Vestigant, LLC, and have been in this role

since January 2010.  As the Vice President of Forensics, I manage a computer forensic

laboratory and its staff.  I have conducted, supervised, and testified in all manner of Computer

Forensics/E-Discovery cases.  I have also collected data and conducted investigations for civil

and criminal matters, including fraud, embezzlement, sexual harassment, intellectual property

theft, violation of restrictive covenants, child pornography, and employee misconduct.

3.      Vestigant specializes in conducting forensic analyses of computers, hard drives,

and other electronic items.  I was provided with the laptop that I was told had previously been

EXHIBIT
1

issued to Stephen C. Bruton in connection with his employment at AutoPartSource, LLC ("APS"). I made a forensic image of the laptop and have been analyzing that image.

4.      The forensic analysis of the image revealed that Bruton had stored documents on two different USB thumb drives and had accessed those documents from those thumb drives on his Company-owned laptop on December 6 and December 23, 2012. A true and accurate copy of the metadata from the files contained on the thumb drives is attached as Exhibit A. The filenames include, but are not limited to, "rotor sales contract," "12-12 Receivables," "12-12 Purchase History," and "12-12 Payables."

5.      It is my understanding the Mr. Bruton was terminated from APS on December 31, 2012, around 9:00 am. Based on my review of the forensic image of the hard drive, Bruton's Company-Issued Laptop was accessed after his termination. Specifically, it was accessed between 12:18 pm and 12:22 pm and then again between 2:22 pm to 2:50 pm. On January 1, 2013, Bruton's Company-Issued laptop was accessed between 12:59 pm and 2:15 pm. During these access periods, several user-created files were deleted. Examples of user-created files are Microsoft Word documents, Microsoft Excel spreadsheets, portable digital files (PDFs), and the like.

6.      I was able to recover some of the PDFs that were deleted during the December 31, 2012 and January 1, 2013 access periods. Specifically, I recovered several invoices from BBH to Intex Auto Parts. True and accurate copies of the invoices I recovered are attached as Exhibit B.

7.      I further uncovered several Skype conversations between Mr. Bruton and Lili Huang. A true and accurate copy of the text for some of these Skype conversations is attached as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6 day of May, 2013.

Kevin W. Cantwell

| Name | File Ext | Last Accessed | File Created | Last Written | Full Path |
|------|----------|---------------|--------------|--------------|-----------|
| work.LNK | LNK | 12/30/12 03:07:49PM | 07/16/11 07:04:43PM | 12/30/12 03:07:49PM | 0109_0029_IT001\0109_0029_IT001\D\Users\Steve\AppData\Roaming\Microsoft\Office\Recent\work.LNK |
| OS91057.lnk | lnk | 12/29/12 06:59:48PM | 12/29/12 06:54:02PM | 12/29/12 06:59:48PM | 0109_0029_IT001\0109_0029_IT001\D\Users\Steve\AppData\Roaming\Microsoft\Windows\Recent\OS91057.lnk |
| O2 pics.LNK | LNK | 12/29/12 06:53:54PM | 11/16/12 10:03:56AM | 12/29/12 06:53:54PM | 0109_0029_IT001\0109_0029_IT001\D\Users\Steve\AppData\Roaming\Microsoft\Office\Recent\O2 pics.LNK |
| MONTHLY.lnk | lnk | 12/30/12 03:48:55PM | 12/30/12 03:07:50PM | 12/30/12 03:48:55PM | 0109_0029_IT001\0109_0029_IT001\D\Users\Steve\AppData\Roaming\Microsoft\Windows\Recent\MONTHLY.lnk |
| rotor sales contract.lnk | lnk | 01/01/13 02:08:03PM | 01/01/13 02:08:03PM | 01/01/13 02:08:03PM | 0109_0029_IT001\0109_0029_IT001\D\Users\Steve\AppData\Roaming\Microsoft\Windows\Recent\rotor sales contract.lnk |
| Blue box.lnk | lnk | 12/29/12 07:41:11PM | 12/29/12 07:41:11PM | 12/29/12 07:41:11PM | 0109_0029_IT001\0109_0029_IT001\D\Users\Steve\AppData\Roaming\Microsoft\Windows\Recent\Blue box.lnk |
| 12-12 Recievables.lnk | lnk | 12/29/12 07:55:26PM | 12/29/12 07:55:26PM | 12/29/12 07:55:26PM | 0109_0029_IT001\0109_0029_IT001\D\Users\Steve\AppData\Roaming\Microsoft\Windows\Recent\12-12 Recievables.lnk |
| 12-12 Purchase History.lnk | lnk | 12/29/12 07:57:31PM | 12/29/12 07:57:31PM | 12/29/12 07:57:31PM | 0109_0029_IT001\0109_0029_IT001\D\Users\Steve\AppData\Roaming\Microsoft\Windows\Recent\12-12 Purchase History.lnk |
| 12-12 payables.lnk | lnk | 12/29/12 07:56:26PM | 12/29/12 07:56:26PM | 12/29/12 07:56:26PM | 0109_0029_IT001\0109_0029_IT001\D\Users\Steve\AppData\Roaming\Microsoft\Windows\Recent\12-12 payables.lnk |
| 12-12 P&L statement.lnk | lnk | 12/29/12 07:51:43PM | 12/29/12 07:51:43PM | 12/29/12 07:51:43PM | 0109_0029_IT001\0109_0029_IT001\D\Users\Steve\AppData\Roaming\Microsoft\Windows\Recent\12-12 P&L statement.lnk |
| 12-12 Balance sheet.lnk | lnk | 12/29/12 07:52:53PM | 12/29/12 07:52:53PM | 12/29/12 07:52:53PM | 0109_0029_IT001\0109_0029_IT001\D\Users\Steve\AppData\Roaming\Microsoft\Windows\Recent\12-12 Balance sheet.lnk |


EXHIBIT
A

BBH Source Group, LLC

# Invoice

2684 Shellgate Cir
Hayward, CA, 94545

| Date | Invoice # |
|------|-----------|
| 6/13/2012 | 100006 |

| Bill To | Ship To |
|---------|---------|
| Intex Auto Parts<br>1432 Old Bayshore Hwy<br>San Jose, CA, 95112 | Intex Auto Parts<br>1432 Old Bayshore Hwy<br>San Jose, CA 95112 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Net 30 | | 6/13/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | Misc Expense Charge | Incurred Expenses for kiosk | 79.33 | 79.33 |

| | Total | $79.33 |
|---|-------|--------|

**EXHIBIT**

B

BBH Source Group, LLC

2684 Shellgate Cir
Hayward, CA, 94545

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/30/2012 | 100007 |

| Bill To |
|---------|
| Intex Auto Parts<br>1432 Old Bayshore Hwy<br>San Jose, CA, 95112 |

| Ship To |
|---------|
| Intex Auto Parts<br>1432 Old Bayshore Hwy<br>San Jose, CA 95112 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  | Net 30 |  | 6/30/2012 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10 | OS93002 | 800-30020 Oxygen Sensor | 14.40 | 144.00 |
| 10 | OS93005 | 800-30050 Oxygen Sensor | 14.49 | 144.90 |
| 10 | OS93007 | 800-30070 Oxygen Sensor | 14.66 | 146.60 |
| 10 | OS93011 | 800-30110 Oxygen Sensor | 14.68 | 146.80 |
| 10 | OS93018 | 800-30180 Oxygen Sensor | 16.10 | 161.00 |
| 10 | OS93085 | 800-30850 Oxygen Sensor | 12.48 | 124.80 |
| 10 | OS93087 | 800-30870 Oxygen Sensor | 12.49 | 124.90 |
| 10 | OS93088 | 800-30880 Oxygen Sensor | 12.35 | 123.50 |
| 10 | OS93091 | 800-30910 Oxygen Sensor | 14.59 | 145.90 |
| 10 | OS93094 | 800-30940 Oxygen Sensor | 14.49 | 144.90 |
| 10 | OS94002 | 800-40020 Oxygen Sensor | 15.44 | 154.40 |
| 10 | OS94005 | 800-40050 Oxygen Sensor | 15.30 | 153.00 |
| 10 | OS94010 | 800-40100 Oxygen Sensor | 12.70 | 127.00 |
| 10 | OS94011 | 800-40110 Oxygen Sensor | 19.49 | 194.90 |
| 10 | OS94015 | 800-40150 Oxygen Sensor | 13.72 | 137.20 |
| 10 | OS94016 | 800-40160 Oxygen Sensor | 15.19 | 151.90 |
| 10 | OS94019 | 800-40190 Oxygen Sensor | 15.07 | 150.70 |
| 10 | OS94021 | 800-400210 Oxygen Sensor | 15.04 | 150.40 |
| 10 | OS94025 | 800-40250 Oxygen Sensor | 14.89 | 148.90 |
| 10 | OS94030 | 800-40300 Oxygen Sensor | 14.81 | 148.10 |
| 10 | OS94052 | 800-40520 Oxygen Sensor | 15.24 | 152.40 |
| 10 | OS94061 | 800-40610 Oxygen Sensor | 19.34 | 193.40 |
| 10 | OS94063 | 800-40630 Oxygen Sensor | 14.81 | 148.10 |
| 10 | OS94066 | 800-40660 Oxygen Sensor | 12.96 | 129.60 |
| 10 | OS94068 | 800-40680 Oxygen Sensor | 14.71 | 147.10 |
| 10 | OS94069 | 800-40690 Oxygen Sensor | 12.76 | 127.60 |
| 10 | OS94078 | 800-40780 Oxygen Sensor | 15.13 | 151.30 |
| 10 | OS94084 | 800-40840 Oxygen Sensor | 14.97 | 149.70 |
| 10 | OS94089 | 800-40890 Oxygen Sensor | 16.83 | 168.30 |
| 10 | OS94094 | 800-40940 Oxygen Sensor | 14.93 | 149.30 |
| 10 | OS94096 | 800-40960 Oxygen Sensor | 19.75 | 197.50 |
| 10 | OS94105 | 800-41050 Oxygen Sensor | 12.48 | 124.80 |
| 10 | OS94112 | 800-41120 Oxygen Sensor | 16.26 | 162.60 |
| 10 | OS94115 | 800-41150 Oxygen Sensor | 15.13 | 151.30 |

# Total

# Invoice

BBH Source Group, LLC

2684 Shellgate Cir
Hayward, CA, 94545

| Date | Invoice # |
|------|-----------|
| 6/30/2012 | 100007 |

| Bill To |
|---------|
| Intex Auto Parts<br>1432 Old Bayshore Hwy<br>San Jose, CA, 95112 |

| Ship To |
|---------|
| Intex Auto Parts<br>1432 Old Bayshore Hwy<br>San Jose, CA 95112 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  | Net 30 |  | 6/30/2012 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10 | OS94122 | 800-41220 Oxygen Sensor | 12.47 | 124.70 |
| 10 | OS94132 | 800-41320 Oxygen Sensor | 15.01 | 150.10 |
| 10 | OS94138 | 800-41380 Oxygen Sensor | 15.80 | 158.00 |
| 10 | OS94154 | 800-41540 Oxygen Sensor | 19.19 | 191.90 |
| 10 | OS94189 | 800-41890 Oxygen Sensor | 13.19 | 131.90 |
| 10 | OS94215 | 800-42150 Oxygen Sensor | 12.61 | 126.10 |
| 10 | OS94261 | 800-42610 Oxygen Sensor | 12.61 | 126.10 |
| 10 | OS94286 | 800-42860 Oxygen Sensor | 16.50 | 165.00 |
| 10 | OS94343 | 800-43430 Oxygen Sensor | 19.58 | 195.80 |
| 10 | OS94403 | 800-44030 Oxygen Sensor | 19.16 | 191.60 |
| 10 | OS94407 | 800-44070 Oxygen Sensor | 19.43 | 194.30 |
| 10 | OS94410 | 800-44100 Oxygen Sensor | 15.20 | 152.00 |
| 10 | OS94588 | 800-45880 Oxygen Sensor | 15.20 | 152.00 |
| 10 | OS94603 | 800-46030 Oxygen Sensor | 12.91 | 129.10 |
| 10 | OS94607 | 800-46070 Oxygen Sensor | 15.19 | 151.90 |
| 10 | OS94616 | 800-46160 Oxygen Sensor | 17.35 | 173.50 |
| 10 | OS94617 | 800-46170 Oxygen Sensor | 16.83 | 168.30 |
| 10 | OS94618 | 800-46180 Oxygen Sensor | 15.61 | 156.10 |
| 10 | OS94623 | 800-46230 Oxygen Sensor | 17.11 | 171.10 |
| 10 | OS94624 | 800-46240 Oxygen Sensor | 15.24 | 152.40 |
| 10 | OS94625 | 800-46250 Oxygen Sensor | 19.34 | 193.40 |
| 10 | OS94630 | 800-46300 Oxygen Sensor | 13.34 | 133.40 |
| 10 | OS94646 | 800-46460 Oxygen Sensor | 16.08 | 160.80 |
| 10 | OS94647 | 800-46470 Oxygen Sensor | 16.24 | 162.40 |
| 10 | OS94651 | 800-46510 Oxygen Sensor | 12.76 | 127.60 |
| 10 | OS94653 | 800-46530 Oxygen Sensor | 16.28 | 162.80 |
| 10 | OS94659 | 800-46590 Oxygen Sensor | 15.13 | 151.30 |
| 10 | OS94672 | 800-46720 Oxygen Sensor | 17.93 | 179.30 |
| 10 | OS94686 | 800-46860 Oxygen Sensor | 14.97 | 149.70 |
| 10 | OS94704 | 800-47040 Oxygen Sensor | 13.34 | 133.40 |
| 10 | OS94705 | 800-47050 Oxygen Sensor | 15.02 | 150.20 |
| 10 | OS94706 | 800-47060 Oxygen Sensor | 15.01 | 150.10 |
| 10 | OS94722 | 800-47220 Oxygen Sensor | 14.30 | 143.00 |
| 10 | OS94728 | 800-47280 Oxygen Sensor | 12.63 | 126.30 |

**Total**

BBH Source Group, LLC

2684 Shellgate Cir
Hayward, CA, 94545

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/30/2012 | 100007 |

| Bill To | Ship To |
|---------|---------|
| Intex Auto Parts<br>1432 Old Bayshore Hwy<br>San Jose, CA, 95112 | Intex Auto Parts<br>1432 Old Bayshore Hwy<br>San Jose, CA 95112 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Net 30 | | 6/30/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10 | OS94769 | 800-47690 Oxygen Sensor | 15.12 | 151.20 |
| 10 | OS94770 | 800-47700 Oxygen Sensor | 12.80 | 128.00 |
| 10 | OS94771 | 800-47710 Oxygen Sensor | 15.12 | 151.20 |
| 10 | OS94808 | 800-48080 Oxygen Sensor | 20.10 | 201.00 |
| 10 | OS94841 | 800-48410 Oxygen Sensor | 20.54 | 205.40 |
| 10 | OS94851 | 800-48510 Oxygen Sensor | 15.41 | 154.10 |
| 10 | OS94852 | 800-48520 Oxygen Sensor | 18.83 | 188.30 |
| 20 | OS94209 | 800-42090 Oxygen Sensor | 18.35 | 367.00 |

| | **Total** | $11,908.60 |
|---|-----------|------------|

# Statement

BBH Source Group, LLC
2684 Shellgate Cir
Hayward, CA, 94545

| Date |
|---|
| 7/6/2012 |

| To: |
|---|
| Intex Auto Parts<br>1432 Old Bayshore Hwy<br>San Jose, CA, 95112 |

| Amount Due | Amount Enc. |
|---|---|
| $11,987.93 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 06/06/2012 | Balance forward | | 0.00 |
| 06/13/2012 | INV #100006. Due 07/13/2012. | 79.33 | 79.33 |
| 06/30/2012 | INV #100007. Due 07/30/2012. | 11,908.60 | 11,987.93 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 11,987.93 | 0.00 | 0.00 | 0.00 | 0.00 | $11,987.93 |

BBH Source Group, LLC

2684 Shellgate Cir
Hayward, CA, 94545

# Statement

| Date |
|------|
| 8/31/2012 |

| To: |
|-----|
| Intex Auto Parts<br>1432 Old Bayshore Hwy<br>San Jose, CA, 95112 |

| Amount Due | Amount Enc. |
|------------|-------------|
| $10,000.00 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 07/31/2012 | Balance forward | | 11,908.60 |
| 08/07/2012 | PMT | -11,908.60 | 0.00 |
| 08/15/2012 | INV #100009. Due 09/14/2012. | 10,000.00 | 10,000.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|---------------------|---------------------|-----------------------|------------|
| 10,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | $10,000.00 |

# BBH Source Group, LLC

2684 Shellgate Cir
Hayward, CA, 94545

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/25/2012 | 100012 |

| Bill To | Ship To |
|---------|---------|
| Intex Auto Parts<br>1432 Old Bayshore Hwy<br>San Jose, CA, 95112 | Intex Auto Parts<br>1432 Old Bayshore Hwy<br>San Jose, CA 95112 |

| Account Number | P.O. No. | Terms | Account # |
|----------------|----------|-------|-----------|
| 3 | | Net 30 | 1001 |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|------|-------------|---------|-------------|-----------|----------|------|--------|
| Misc Expens... | Incurred Expenses | 1 | 0 | | 1 | 661.60 | 661.60 |

| | |
|---|---|
| **Total** | $661.60 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $661.60 |

# BBH Source Group, LLC

2684 Shellgate Cir
Hayward, CA, 94545

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/25/2012 | 100012 |

| Bill To | Ship To |
|---------|---------|
| Intex Auto Parts<br>1432 Old Bayshore Hwy<br>San Jose, CA, 95112 | Intex Auto Parts<br>1432 Old Bayshore Hwy<br>San Jose, CA 95112 |

| Account Number | P.O. No. | Terms | Account # |
|----------------|----------|-------|-----------|
| 3 | | Net 30 | 1001 |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|------|-------------|---------|--------------|-----------|----------|------|--------|
| Misc Expens... | Incurred Expenses | 1 | 0 | | 1 | 891.60 | 891.60 |

| | |
|---|---|
| **Total** | $891.60 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $891.60 |

| | |
|---|---|
| 7/29/2011 14:35 | So Mitch's cousin told us he was making $250,000.00 per year doing what we want to do |
| 7/29/2011 14:35 | Can U imagine making that kind of money? |
| 7/29/2011 14:36 | yes i need to correct my card also |
| 7/29/2011 14:38 | he had some pretty big customers but he also sourced parts from all over the world including China, India, South America etc... |
| 7/29/2011 14:39 | yes I am very concervative so I too don't want to expect that kind of money. But if it does happen...it sure would be fun |
| 7/29/2011 14:39 | he did give us a good suggeston though |
| 7/29/2011 14:40 | remember when we went to Luyuan Amanda told us Steve Wang used to own that factory? |
| 7/29/2011 14:42 | Mitch's cousin is a good friend of Steve Wang and he said that Steve has a warehouse in Chicago and he can take us there to visit it. And he thinks we can get Steve to sell us parts from his warehouse with our label on the box so it will look like our warehouse |
| 7/29/2011 14:43 | then if we can do this it will allow us to sell container loads on the fast numbers and small amounts on the slow numbers and all of the parts can have our label from our company |
| 7/29/2011 14:45 | and we can get all of the customers business instead of part of it. |
| 7/29/2011 14:49 | Lili I am talking to Mitch. Can I conference him in? |
| 7/29/2011 14:50 | Do you know how to add Mitch? I don't know how to do it |
| 7/29/2011 14:51 | I see that. Does it cost U money? |

| | |
|---|---|
| 8/3/2011 16:44 | I'm thinking we should buy some items like this and send them here and then I can put them on ebay and our BBH website and see if they sell good. If they do then we can get some more and keep doing it until we can build up good sales volume |
| 8/3/2011 16:44 | that is what I am thinking |
| 8/3/2011 16:44 | it would be a good experiment |
| 8/3/2011 16:45 | Haha |
| 8/3/2011 16:45 | but how can we send them first? |
| 8/3/2011 16:45 | by ups? that is expensive |
| 8/3/2011 16:45 | through trading company? |
| 8/3/2011 16:46 | we had better to own our own trading company |
| 8/3/2011 16:46 | make me a good list and I will ask Debbie to help me do some research to see what we can sell for. She knows a lot about this stuff |
| 8/3/2011 16:46 | Ok |
| 8/3/2011 16:47 | Yes it would be expensive for freight in the beginning but it is ok. I am mostly interested to see how the market is and see if people would buy it |

1

EXHIBIT

C

| | |
|---|---|
| 8/3/2011 16:47 | u can show her these website first |
| 8/3/2011 16:47 | maybe we would not make any money at the first time but we can learn some information. |

| | |
|---|---|
| 8/22/2011 3:41 | Last week I spoke with mitch for a while and we made somewhat of a new plan |
| 8/22/2011 3:42 | I had planned to go to Chicago with him to meet Steve Wang. But now I will not go. |
| 8/22/2011 3:43 | He will go by himself and tell Steve Wang that if he will pay Mitch a 3% commision then Mitch will bring him a new customer right away for 50k/mo |
| 8/22/2011 3:44 | Then assuming that the prices are better than Qualis I will change all of my local business to him |
| 8/22/2011 3:45 | If it works out like we hope, then APS will save money by getting a better price and Mitch will get a comission check every month for our business |
| 8/22/2011 3:45 | sounds great |
| 8/22/2011 3:47 | yes if it works it will be about 1,500/mo that we can start building our business with |
| 8/22/2011 3:48 | But it is kind of a conflict for me since I'm at least indirectly making money by buying from him so I need Mitch's name to be connected to Steve Wang and my name not to be mentioned in connection with Mitch |
| 8/22/2011 3:50 | So I guess first of all we will need to see if Steve Wang will pay Mitch a commission and if he will sell to APS. |
| 8/22/2011 3:55 | I see |
| 8/22/2011 3:55 | Mitch had a good relation with Wang? |
| 8/22/2011 3:55 | How do you know |
| 8/22/2011 3:55 | each other |
| 8/22/2011 3:59 | I forget if you told me |
| 8/22/2011 4:00 | Wang was our first supplier when we started buying rotors from China. We only bought from him for a few months and then we changed suppliers. But Mitch's cousin Joe is a good friend of Wang. So Joe will call him and ask if he remembers Mitch and kind of set up a meeting together. Joe has wangs phone number in his cell phone. He showed it to us when we had lunch together |
| 8/22/2011 4:02 | Our old owners "ACME" were the first customer Wang had in the US. They bought some tools from him. It was before he made brake rotors |

| | |
|---|---|
| 9/13/2011 14:40 | I just spoke to Mitch on skype |

2

| | |
|---|---|
| 9/13/2011 14:40 | how could let Mitch get commission if you place the orders to Fuyang |
| 9/13/2011 14:43 | he is in a meeting right now so I asked him to call my cell phone when he is done |
| 9/13/2011 14:45 | Not sure. I think the only way is to not tell them that I have an order. Only tour the factory and give them Mitch's card. If they can pay him some commission then he can contact them and say APS is his customer or something. I don't really know. But I have to get the same price from them. I cannot pay more because that is unfair to APS |
| 9/13/2011 14:45 | it is kind of akward since you have already approached them from APS so it may not work out. |
| 9/13/2011 14:45 | I am not really good at this too, we have to think about it |
| 9/13/2011 14:46 | right. Don't do anything you are not comfortable with |
| 9/13/2011 14:46 | right, and I am also thinking maybe we just use APS to build some trust and we can really bring them some more real customers |
| 9/13/2011 14:46 | talk to Mitch first, then let me know |
| 9/13/2011 14:47 | good idea. |
| 9/13/2011 14:48 | I will |

| | |
|---|---|
| 9/13/2011 15:47 | Mitch is on the phone |
| 9/13/2011 15:50 | ok We have some toughts |
| 9/13/2011 15:51 | First of all in my opinion you should not copy Dwayne on any of UR emails to Fuyang. I don't think it is wise right now to let others see UR correspondence. The reason is if later on we start doing business between BBH and APS I don't want Dwayne to say to John that we were planning things at this time and try to make it difficult. |
| 9/13/2011 15:52 | Ok |
| 9/13/2011 15:54 | As far as Fuyang conversation we are thinking you can tell them that U have a good friend that is a broker and he used to be president of APS and now is a broker. And y we are working with him on some projects together. Somethinglike that so that APS is kind of tied in with BBH. |
| 9/13/2011 15:55 | Then if you can just get a contact name and email them Mitch will contact them and take it from there. At that point you and I are done as far as BBH is concerned and Just Mitch will talk to them. |
| 9/13/2011 15:55 | At some point, if we can bring them a lot of containers then maybe we can negotiate a better price and get a larger commission too. |
| 9/13/2011 15:56 | right, that will be good |
| 9/13/2011 15:57 | Hao |
| 9/13/2011 15:58 | just be comfortable with what you tell them. The main objective is to introduce Mitch and see if they have some capacity for more orders too. |

| | |
|---|---|
| 10/21/2011 15:15 | I think I will check that company I emailed U and see what I can learn about them. I've never heard of them before but it looks very similar to us. maybe it is just one guy? |
| 10/21/2011 15:16 | Maybe |

| | |
|---|---|
| 10/21/2011 15:17 | maybe I should contact him from APS side and see wht information I can learn |

| | |
|---|---|
| 12/28/2011 4:38 | I was thinking about how to clean my computer when I resign |
| 12/28/2011 4:38 | u had better to ask your sons' help |
| 12/28/2011 4:38 | they must be better than you |
| 12/28/2011 4:39 | I had an idea, that maybe I will just go to the store and buy an identical one to the one I have and give the new one back without anything on it. |
| 12/28/2011 4:40 | then keep the one I have with all my files |
| 12/28/2011 4:41 | Debbie had a good idea too. She said transfer the files to my new computer first, the erase all of the info in the original file and save a "blank page" one last time before I delete it. Then if they retrieve that file it would just be blank |
| 12/28/2011 4:41 | good |
| 12/28/2011 4:42 | but I heard someone can get all informations back even u delete them |
| 12/28/2011 4:43 | but I think they can only get the information from the last time it was saved. So Debbie told me to make a blank page and save it. So the only thing would be the file name. |
| 12/28/2011 4:43 | ok |
| 12/28/2011 4:43 | that would be no problem |
| 12/28/2011 4:44 | but I looked at laptops yesterday and saw some just like the air. Very thin and light and only 3 lbs weight |
| 12/28/2011 4:44 | I was thinking they liik pretty nice too so i don't really know what I want to do |
| 12/28/2011 4:45 | look |
| 12/28/2011 4:45 | I guess I don't need to worry until we have some real orders |

| | |
|---|---|
| 3/13/2012 2:27 | my flight from Yantai-tianjin is 18:10-19:05 |
| 3/13/2012 2:27 | 27-Apr |
| 3/13/2012 2:28 | sounds good |
| 3/13/2012 2:29 | so we will visit Fuyuan, San Ding, Longxiang, Fuyang |
| 3/13/2012 2:30 | how about Mefine, Luyuan, Golden Harvest |
| 3/13/2012 2:30 | Golden Harvest asked me how we feel about their price, I told her they r not competive, she said we can sent them our target price |
| 3/13/2012 2:30 | are they in Laizhou and Longkou? |
| 3/13/2012 2:31 | sure |
| 3/13/2012 2:31 | since we want to dump Mefine and Luyuan, is that necessary to visit them? |
| 3/13/2012 2:32 | no |

| | |
|---|---|
| 3/13/2012 2:32 | we should see the new ones if possible. and San Ding and FuYang to discuss terms |
| 3/13/2012 2:33 | We need to see Longxiang for sure too. |
| 3/13/2012 2:33 | did U see my email about Monro? They buy from a factory in Hebei |
| 3/13/2012 2:34 | yes |
| 3/13/2012 2:34 | so? |
| 3/13/2012 2:34 | u wanna go? |
| 3/13/2012 2:35 | no not this time |
| 3/13/2012 2:36 | don't know if the factory would even sell to us. And his price was a little high so I don't think they are that great. But he does. He told me several times how good that factory is. |
| 3/13/2012 2:37 | there aren't too many factories up that way though. I guess they use Tianjin port |
| 3/13/2012 2:39 | but mostly I would like to sell that guy from BH. We could help him a lot. But he knows John pretty well so I have to be careful around him |
| 3/13/2012 2:39 | guess what |
| 3/13/2012 2:39 | Golden Harvest just called me |
| 3/13/2012 2:40 | asked when we can send them the target price |
| 3/13/2012 2:40 | and Longxiang is positive too |
| 3/13/2012 2:40 | that is good news |
| 3/13/2012 2:40 | wow. that's a good sign |
| 3/13/2012 2:40 | so 2 in Laizhou and 2 in Longkou |
| 3/13/2012 2:41 | that's good |
| 3/13/2012 2:41 | 4 total? should be 5 total |
| 3/13/2012 2:42 | I think I should make a travel schedule and flight info first and then tell u which flights you should book, |
| 3/13/2012 2:42 | San Ding, Longxiang, Fuyuan, Fuyang, and? |
| 3/13/2012 2:42 | golden harvest? |
| 3/13/2012 2:42 | it is in Zibo |
| 3/13/2012 2:42 | another city |
| 3/13/2012 2:42 | oh. ok forget it |
| 3/13/2012 2:43 | I know Zibo is pretty far away |
| 3/13/2012 2:43 | I saw it on the map before |
| 3/13/2012 2:44 | we only have 2 days for 5 factories in 3 places, it is impossible |
| 3/13/2012 2:44 | right |

| | |
|---|---|
| 4/14/2012 3:53 | Gary sent me a long list of rotors he is looking for |
| | |
| 4/14/2012 3:53 | most of them are Mefine or San Ding items |

| | |
|---|---|
| 4/14/2012 3:54 | simehow I'd like to sell them to him as BBH |
| | |
| 4/14/2012 3:55 | not sure if his owner will suport us as BBH but I may try |
| 4/14/2012 3:56 | what do you mean as BBH, Gary is always trying to do business with bbh |
| 4/14/2012 3:56 | why his owner doesn't want to do it |
| 4/14/2012 3:57 | his owner cannot know he is with BBH. That would get him fired |
| 4/14/2012 3:57 | he would have to buy from me as BBH |
| 4/14/2012 3:57 | it's a long shot for us but we have something he wants |
| 4/14/2012 3:57 | Gary is the purchasing guy in his company, right? |
| 4/14/2012 3:58 | I'm not sure |
| 4/14/2012 3:59 | he sent me the list but I think he is only he sells manager |
| 4/14/2012 4:01 | I did not ask him but Ithink there is also a buyer. |
| 4/14/2012 4:02 | I think it might be hard to do but I know we can get the parts he wants and he does not know where to get them. but somehow Gary would have to get us in the door |
| 4/14/2012 4:02 | his boss is a chinese guy that goes back and forth. I think he lives there sometimes. |
| 4/14/2012 4:04 | Gary said they buy everything from TLC right now. |
| 4/14/2012 4:05 | if so, I don't think they need us, his boss can buy and find everything in China, why he needs us |
| 4/14/2012 4:05 | that's what I was wondering. it seems he should know everyone there. |
| 4/14/2012 4:06 | but Gary told me they do not deal with Mefine of Hualu |
| 4/14/2012 4:06 | I think we will waste our time, I don't think his boss needs us |

| | |
|---|---|
| 6/13/2012 15:39 | it is possible we could do a BBH flyer with rotors and wipers included. That would be a nice one |
| 6/21/2012 17:33 | Lili our new sales guy Alan saw the rotors in Intex today. He told Steve-o it appears Fred has done some direct importing. The palets all say BBH on them. |
| 6/21/2012 17:35 | I do not know what Alan will do or say but I suspect he will tell Bruce what he saw |
| 6/21/2012 23:36 | Of course they do not know what BBH is but I think Alan will be snooping around trying to figure out what Fred is doing. |
| 6/21/2012 23:36 | Lili I talked to Gary today. It looks like I will go on July 2-3. He is lining up several people to go see. He also is asking about visiting IMC. He thinks we may be able to sell to them and if so, it could be a pretty big account. I'm just not sure if I can go in there right now since they know me. Even if the buyer does not know me, when he sees my card he will know my name. |
| 6/21/2012 23:37 | so I'm not sure about IMC right now. I think I will talk to my brother first and get his opinion |

6

| | |
|---|---|
| 6/21/2012 23:38 | He has several others though that he is setting up meeting times with. Gary is very upbeat and thinks it will turn into a lot of business. |
| 6/22/2012 3:13 | I hope he is right but I don't want to get too excited yet. |

| | |
|---|---|
| 6/28/2012 15:17 | hope everything goes well for your trip |
| 6/28/2012 15:18 | yeah me too. I'm hoping we get at least 2-3 new accounts. |
| 6/28/2012 15:19 | so Bruce is here this week and he and Allan are making sales calls. Bruce keeps talking about Intex importing rotors and wants APS to try to getthat business |
| 6/28/2012 15:20 | I'm sure he will tell John when he gets back to VA |
| 6/28/2012 15:23 | He thinks Fred is selling more than he really is |
| 6/28/2012 15:23 | that is not good |
| 6/28/2012 15:24 | maybe you should tell them he only buy one container |
| 6/28/2012 15:24 | that is what I am thinking |
| 6/28/2012 15:25 | but I have to wait a few days and then say I talked to Fred and he will not do this again. |
| 6/28/2012 15:26 | because they know I dd not talk to fred this week |
| 6/28/2012 15:26 | so maybe next week I will say Fred tried an experiment an he said it didn't work out so good. something like that |
| 6/28/2012 15:28 | Ok |
| 6/28/2012 15:29 | I also think I should talk to Fred and remind him how sensative it is and ask him to explain to Holly that she cannot say BBH to anyone. Just in case Allan asks her where they came from |
| 6/28/2012 15:30 | u should do it sooner |
| 6/28/2012 15:35 | maybe tommorrow. Fred also told me he wants to meet with me to discuss other items he can buy from us. I will see if he can go to lunch tommorrow |

| | |
|---|---|
| 8/9/2012 17:22 | todays meeting with John is going to be very bad. I was thinking I may leave sooner than later but not say anything about U or BBH |
| 8/9/2012 17:22 | he said he wants to tell us his feelings about APS |
| 8/9/2012 17:24 | ? |
| 8/9/2012 17:24 | I don't want to lose my job anyway since I don't know what I can get from BBH |
| 8/9/2012 17:25 | so just forget about telling him me and bbh |
| 8/9/2012 17:25 | so let us just work as usual, that is all what we can do now |
| 8/9/2012 17:25 | of course I will not say anything to anyone. |
| 8/9/2012 17:26 | and I will not leave even if he is yelling at us. Just inspire me to build BBH faster |

7

| | |
|---|---|
| 8/23/2012 18:53 | Lili I have another thought. If Jim is interested in hiring you maybe I can just tell about BBH and have him use BBH services. Of course all of the money would go to you so that you can get a full salary but I'm thinking if we approach it that way then there is no conflict and BBH is free to exist and do whatever we want. |

| | |
|---|---|
| 10/25/2012 15:29 | I was thinking we were not able to leave APS in July like our original goal but we still did ok this year. We were able to create an account with operating cash in it. So going forward we have our own money to work with. We do not need to borrow from the bank. |
| 10/25/2012 15:30 | I know it is. It was just my idea. but it is crude... |

| | |
|---|---|
| 12/28/2012 17:36 | sorry to put u in danger |
| 12/28/2012 17:38 | it is no problem. no need for sorry |
| 12/28/2012 17:39 | but since Jim otto is on the website, do u think they will not dig? |
| 12/28/2012 17:41 | yes they will dig |
| 12/28/2012 17:42 | so what do u want to do |
| 12/28/2012 17:44 | I don't think he wants to tell John since he will be looked bad |
| 12/28/2012 17:45 | My initial thought is that I need to talk to John and tell him. But before I do that I want to discuss more with you and also with Debbie |
| 12/28/2012 17:46 | I'm thinking I need to tell him and ask him to support us |
| 12/28/2012 17:46 | I also want to talk to gary to see if he can really bring us some customers and then talk with Bruce too |
| 12/28/2012 17:47 | just don't let D know I wasn't going to tell him |
| 12/28/2012 17:47 | don't say it is a mistake |
| 12/28/2012 17:47 | I won't do that |
| 12/28/2012 17:47 | he will even mad at me |
| 12/28/2012 17:49 | no worries |
| 12/28/2012 17:49 | but they will think of u for sure |
| 12/28/2012 17:50 | yes |
| 12/28/2012 17:50 | do u think u should ask Mitch to cover u ? |
| 12/28/2012 17:50 | no. |
| 12/28/2012 17:51 | I am not upset or worried about this. |
| 12/28/2012 17:52 | We will figure out the best course of action and we will be better off in the long run |
| 12/28/2012 17:52 | Our time was coming sooner or later and if U did not make this mistake then I probably would have done it very soon anyway. |
| 12/28/2012 17:52 | Please don't feel bad about this |
| 12/28/2012 17:52 | Maybe it is what we needed to happen |

| 12/28/2012 17:53 | cannot feel better anyway |
|---|---|
| 12/28/2012 17:53 | you will feel better when we are on our own and doing well. |
| 12/28/2012 17:54 | I am still waiting for when we can have that champaign |
| 12/28/2012 17:55 | I am sure if D finds out I work with u, he will feel really upset again |
| 12/28/2012 17:56 | IF I talk to John then I will do it in such a way as to say we are trying to help APS buy better. And I will explain to him that we want to help APS not hurt them. |
| 12/28/2012 17:56 | Don't worry about it. I am pretty good at this type of conversation |
| 12/28/2012 17:56 | no, D said it clearly we are doing what they are doing now |
| 12/28/2012 17:02 | |
| 12/28/2012 17:02 | if he asks U to quit UR own business just tell him U want to think about it for a few days and decide what U should do |
| 12/28/2012 17:03 | I did |
| 12/28/2012 17:03 | what do u suggest then? |
| 12/28/2012 17:03 | I am afraid they will dig deeper |
| 12/28/2012 17:04 | or not? |
| 12/28/2012 17:06 | R U still talking to him? |
| 12/28/2012 17:06 | yes |

| 12/28/2012 17:07 | there is no question John will dig deeper. I think he will find out it is us. All he has to do is check the BBH address online |
|---|---|
| 12/28/2012 17:07 | he will ask you about this I think |
| 12/28/2012 17:07 | but if Dwayne will not tell him, |
| 12/28/2012 17:09 | he will not know |
| 12/28/2012 17:10 | D has to tell him so we can discuss what I will say |
| 12/28/2012 17:12 | how about we shut down or change BBH  tomorrow, will they find out the address |
| 12/28/2012 17:13 | yes it is available to check online |
| 12/28/2012 17:18 | at the end of the day, the cat is out of the bag so to speak. We just need to talk about what we will do now |
| 12/28/2012 17:18 | what do u think |
| 12/28/2012 17:18 | R U still talkng to D? |
| 12/28/2012 17:20 | tell him U will not leave right now |
| 12/28/2012 17:23 | try to end UR conversation. no need to continue |
| 12/28/2012 17:23 | why |
| 12/28/2012 17:24 | I am telling the truth |
| 12/28/2012 17:24 | just don't want to say too much before we can talk and make a plan |
| 12/28/2012 17:24 | I did not say anything which are bad for u |

9

| 12/28/2012 17:24 | I know |
| 12/28/2012 17:24 | did I ? |
| 12/28/2012 17:25 | no |
| 12/28/2012 17:25 | maybe u can just tell them I beg u to be my parter |
| 12/28/2012 17:25 | haha no I will take responsibilty |
| 12/28/2012 17:25 | don't |
| 12/28/2012 17:25 | they cannot do anything to me |
| 12/28/2012 17:26 | since I am far away |
| 12/28/2012 17:28 | u should just tell them how u feel sorry I got divorced and beg u to do this for me |
| 12/28/2012 17:28 | R U talking to D? |
| 12/28/2012 17:29 | so? |
| 12/28/2012 17:29 | if not, please change UR status to offline |
| 2/27/2024 12:35 | talking |
| 12/29/2012 1:43 | he was yelling too much and was hard to talk to |
| 12/29/2012 1:43 | ok, so ignore him |
| 12/29/2012 1:44 | as I thought, he will not support us |
| 12/29/2012 1:44 | right |
| 12/29/2012 1:44 | u can talk to Neil too |
| 12/29/2012 1:44 | yes I will |
| 12/29/2012 1:45 | He tried to call me today on Skype but it was when I was talking to John |
| 12/29/2012 1:45 | ok |
| 12/29/2012 1:45 | maybe u should call him back |
| 12/29/2012 1:46 | yes, I saw it too late in the day so I told him on Skype |
| 12/29/2012 1:46 | but I can contact him |
| 12/29/2012 1:46 | ok |
| 12/29/2012 1:46 | new year and new life for us |
| 12/29/2012 1:46 | I like it |
| 12/29/2012 1:47 | yes I want to make it a great year |
| 12/29/2012 1:47 | did D ask u how long we have been doing this? |
| 12/29/2012 1:47 | no he did not talk to me |
| 12/29/2012 1:47 | sorry, I mean John |